# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CAUSE NO.: 1:23-CR-21-HAB |
| | ) |
| JALEN S. DRAKE a/k/a JALEN DRAKE | )\ |
| a/k/a JAYLIN S. DRAKE | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 47], filed on November 29, 2023 and Notice Regarding No Objection to Magistrate's Finding and Recommendation [ECF No. 48] and Notice of No Objection to Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty [ECF No. 49], which were filed on December 4, 2023. The Defendant has waived objection to the Findings and Recommendation.

The Court being duly advised, ADOPTS the Findings and Recommendation [ECF No. 47] in its entirety and ACCEPTS the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), if applicable and necessary, the plea of guilty to the offense charged in Count 1 of the Indictment is hereby ACCEPTED, and the Defendant is adjudged GUILTY of the offense.

The Sentencing Scheduling Order scheduling sentencing-related deadlines and hearings will be issued by separate order.

SO ORDERED on December 4, 2023.

                                                        s/ Holly A. Brady  
                                                       CHIEF JUDGE HOLLY A. BRADY  
                                                       UNITED STATES DISTRICT COURT